FILED

2025 Nov-18 PM 02:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| LAMARCUS ODEM, | ) | <u>**Summons**</u> |
| | ) | **(Issued pursuant to Rule 4 of** |
| | ) | **the Federal Rules of Civil** |
| PLAINTIFF, | ) | **Procedure or other appropriate** |
| | ) | **law.)** |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | **2:25-cv-01968-AMM** |
| EXTER FIANANCE, LLC; TRI-STATE., | ) | |
| TOWING & RECOVERY, LLC, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

**Summons in a Civil Action**

To: (*Defendant's name and address*)

**Tri-State Towing & Recovery, LLC**
c/o Registered Agent, Sue E. Gowers
3907 Langley Ave.
Foley, AL 36535

NOTE: A separate summons must be
       prepared for each defendant.

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Whitney Seals, Esq.
**Cochrun & Seals, LLC**
P.O. Box 10448
Birmingham, AL 35202
(205) 323-3900

**If you fail to do so, judgment by default may be entered against you for the relief   demanded in the complaint.    You** also must file your answer or motion with the court.

DATE: 11-18-25

<u>SEE REVERSE SIDE FOR RETURN</u>

GREER M. LYNCH, CLERK OF COURT

By: _____
Clerk/Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| LAMARCUS ODEM, | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| **PLAINTIFF,** | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| | ) | 2:25-cv-01968-AMM |
| EXTER FIANANCE, LLC; TRI-STATE., | ) | |
| TOWING & RECOVERY, LLC, | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

### Summons in a Civil Action

To: (*Defendant's name and address*)

**Exeter Finance** *LLC*
c/o Reg. Agt. Corporation Service Company, Inc.
641 South Lawrence St.
Montgomery, AL 36104

NOTE: A separate summons must be
         prepared for each defendant.

A lawsuit has been filed against you.

         Within **21** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

W. Whitney Seals, Esq.
**Cochrun & Seals, LLC**
P.O. Box 10448
Birmingham, AL 35202
(205) 323-3900

**If you fail to do so, judgment by default may be entered against you for the relief   demanded in the complaint.    You also must file your answer or motion with the court.**

DATE: 11-8-25

SEE REVERSE SIDE FOR RETURN

GREER M. LYNCH, CLERK OF COURT

By: Angela Day

Clerk/Deputy Clerk

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203